IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS W. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:18cv783-ECM |
| | ) | [WO] |
| ELMORE CO. JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's motion to withdraw (Doc. 3), which the court considers a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that this lawsuit is DISMISSED in its entirety without prejudice, with no costs taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 10th day of October, 2018.

                                                    /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        UNITED STATES DISTRICT JUDGE